KOSTELANETZ LLP
7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (212) 808-8100
FAX: (212) 808-8108
www kostelanetz.com

OTHER OFFICES
WASHINGTON, DC
ATLANTA, GA
HACKENSACK, NJ

October 2, 2026

**Via ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:** ***United States v. Jahrid Dawkins, et al, 26 Cr. 215 (KPF)***

Dear Judge Failla:

We represent Milan Wright, a defendant in the above-captioned matter. We write to request that the Court schedule a bail hearing for Ms. Wright and instruct the Pretrial Services Office to conduct a pretrial investigation in preparation for the bail hearing. We wish to be present for Ms. Wright's interview by Pretrial Services.

By way of background, Ms. Wright was arrested on May 28, 2026. At that time, we waived a pretrial investigation report and consented to detention without prejudice. To date, Ms. Wright has not sought release on bail conditions and has been housed at the Metropolitan Detention Center.

We have notified government counsel of our intention to seek bail for Ms. Wright, and we understand that the government will oppose that application.

Respectfully submitted,

Sharon L. McCarthy
Sharon L. McCarthy

cc: All Counsel

Application GRANTED. Ms. Wright's bail hearing is hereby scheduled for **October 21, 2026, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of Court is directed to terminate the motion at docket entry 33.

Dated: October 5, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE